M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2014 JAN 27 P 2:23
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Carlton Lynell Frank )
Full name and prison name of )
Plaintiff(s) )
 )
v. ) CIVIL ACTION NO. 2:14-CV-64-JMH-SRW
 ) (To be supplied by Clerk of U.S. District
Officer C. Baskin ) Court)
Sgt. D. Whitley )
Captain Jenkins )
 )
 )
 )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☑  NO ☐

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) Carlton Frank

         Defendant(s) SIMONe PARKeR

      2. Court (if federal court, name the district; if state court, name the county) middle

3. Docket number 2:14-CV-19-TMH
4. Name of judge to whom case was assigned SUSAN RUSS WALKER
5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) Pending.
6. Approximate date of filing lawsuit 1/15/14
7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Bullock Correctional

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Bullock Correctional

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Officer C Baskin | Bullock Correctional |
| 2. | Sgt. D. Whitley | Bullock Correctional |
| 3. | Captain Jenkins | Bullock Correctional |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED April 2013

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Officer C. Baskin expressed a sexual attraction towards me. This became obvious when Baskin's kept shaking me down asking me to (get naked) several times a day. On each occasion he was touching and groping my penis for extended periods of time. When I became angry he threatened me with disciplinary action and said he would make sure I never leave prison because he would make sure I never get parole.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

do to threats in regard to my freedom I permitted him to give me oral sex he started calling me his boyfriend and when I would tell him not to call me that he would get mad, and start threating me with violence, disciplinaries and any action that would make it difficult for me to make parole. He then began bringing me cell phones telling me to sell them for him and gave me one so

GROUND TWO: he could keep in touch with me. When I put an end to the sexual encounters he began threatning me and harrassing me. I informed my family of this and friends on the outside me and other inmates

SUPPORTING FACTS: including (A) Demario Barnes provided Captain Jenkins with information pertaining to this issue the sexual harrasment and forced sexual interaction and the fact Baskin was bringing cell phones selling them to inmates and buying confiscated phones back from him for money-pack green dot cards. I handed over Baskin's phone #, address and his brother Cedric Baskin's phone # and address over to Captain Jenkins. I was

GROUND THREE: promised a transfer from Captain Jenkins if I turned over the information, However this never happened and Baskin's continued to harrass me. My mother called Captain Jenkins over (6) times about

SUPPORTING FACTS: my safety however Captain Jenkins threatened me with violence from the Blood Gang which he says he's a member of If I said anything about my illegal dealings with Officer Baskins and the sexual encounters.

Ground No (2) On 10-17-2013 officer Baskin's called me to the shift office earlier in the day asking me if I was going to buy a cellphone from him or sell one to other inmates for him. I said no and asked him to stay away from me and I walked away. Later that day around 2nd yard in the afternoon I was with several inmates. Officer Baskin's and Sgt. Whitley told me to come into the shift office where (A) Ms. Sparks was working. Ms. Sparks and Lt. Ruffin was asked to leave by C. Baskin's and Sgt. Whitley. Once in the office just us (3) officer Baskin's and Sgt. Whitley produced several cell phones and Baskins asked me again to sell them for him and Whitley. I said no because it was causing problems with other inmates. Baskin and Whitley wanted me to sell the phones then they would the bust the inmates who bought the phones and force them to buy the phones back or face disciplinary action. It has created enemies for me, so I said no and I tried to leave the shift office thats when Whitley locked the door, pushed me back and Baskin's assaulted me by punching me several times in the face, choking me, punching me in the stomach, kicking me in the side and in my back. I was taken to the Captain Jenkins where I was told to keep my mouth shut and say nothing about what had taken place. I went to the dorm, called my relatives and friends and told them what had happened, they then called Captain Jenkins and Captain Jenkins told me to, "I told you to keep your fucking mouth shut then sent me to lock up with no medical attention. The assault took place several months after I had reported Officer Baskin's to Captain Jenkin's for sexual harrassment and for bringing me cellular phones while inside the prison. Baskin's repeatedly told staff and other inmates and me that he will get me and make me pay for turning him in.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff charges the defendants with felony violations of state and federal laws. Officer Baskins with sexual misconduct 13-A-65(state) sexual abuse 13A-6-66 (state) stalking 13A-6-90, Promoting Prison Contraband 1st Degree, 13A-10-36 intimidating a witness 13A-10-123 Tampering with a witness 13A-

Carlton L. Frank
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1/23/14
(Date)

Carlton L. Frank
Signature of plaintiff(s)

10-124. Criminal Conspiracy 13A-4-3. All charges also under federal criminal code Title 18. Plaintiff Charges Sgt D. Whitley with promoting prison contraband 1ST Degree - 13A-10-36. Criminal Conspiracy 13A-4-3. Intimidating a Witness 13A-10-123 and charges Captain Jenkins with promotion of prison contraband 2nd Degree 13A-10-37. Bribing a witness 13A-10-121. Compelling street gang membership 13A-6-26. All charges criminal under state and federal criminal code title 18. Plaintiff also request that this case is turned over for the judge to recommend the actions of Defendants for investigation by the F.B.I. into the culture of corruption and gang affiliation by staff at Bullock Correctional Facility and for a Declaratory judgement against the defendants and plaintiff requesting fifty thousand dollars in damages from each defendant. Plaintiff also charges Captain Jenkins with intimidating a witness 13A-10-123.

* OFFENSES AGAINST PUBLIC ADMINISTRATION.

{Plaintiff also request that this case is turned over to District Attorney and Justice Department for investigation.}

Mario Carlton Frank * Lock up D1-18A
P.O. Box 5107
Unionsprings, AL 36089



MONTGOMERY AL
24 JAN 2014 PM

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
One Church Street B-110
Montgomery, AL 36104-4018

36104401801