**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **CARLTON FRANK,** | ) |
| **AIS #192218,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | )   **CASE NO. 2:14-CV-64-TMH** |
| **OFFICER C. BASKIN, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |

## ANSWER

COMES NOW, Defendants Clatys Jenkins and Dominic Whitley in the above styled action, by and through the undersigned counsel, to file this Answer in response to the Plaintiff's Complaint (Doc. 1), and pursuant to the Court's Order of February 18, 2014. (Doc. 5).  These Defendants states as follows:

1.      Defendants deny that anyone made any allegation of a sexual nature relating to the Plaintiff or Officer Baskin and demand strict proof thereof.

2.      Defendants deny that, prior to October 31, 2013, anyone reported to either Defendant Jenkins or Whitley that the Plaintiff had a problem with Officer Baskin or was otherwise threatened with any harm by Officer Baskin and demand strict proof thereof.

3.      Defendant Jenkins denies being present at Bullock Correctional Facility on October 31, 2013, speaking with the Plaintiff on that day, or denying him medical treatment and demand strict proof thereof.

4.    Defendant Whitley admits to being present in the shift office on October 31, 2013, and to seeing Officer Baskin spontaneously shove the Plaintiff once, but denies any and all other allegations relating to that incident and demands strict proof thereof.

5.    Defendants deny each and every other allegation in the Complaint and demand strict proof thereof.

These Defendants assert the following defenses:

1.    Defendants plead not guilty to the charges in the Plaintiff's Complaint and demand strict proof thereof.

2.    Defendants deny that the Plaintiff's constitutional rights against deliberate indifference have been violated and demand strict proof thereof.

3.    The Plaintiff's Complaint fails to state a claim upon which relief can be granted.

4.    The Plaintiff is not entitled to any of the relief requested.

5.    To the extent the claim of the Plaintiff against the Defendants in their official capacity, that claim is barred by the Eleventh Amendment to the United States Constitution.

6.    Defendants plead the defense of qualified immunity.

7.    The Plaintiff is not entitled to any relief under 42 U.S.C. §1983.

8.    Defendants plead all applicable immunities, including but not limited to qualified immunity, absolute immunity, sovereign immunity, discretionary function immunity, Eleventh Amendment immunity, and state agent immunity.

9.    Defendants were at all times acting under the color of state law, and, therefore, are entitled to qualified immunity.

10.    Defendants plead the general defense.

11.    Defendants plead the defense of unclean hands.

12.    The Plaintiff's claims for monetary damages are barred by the PLRA.

13.    Defendants reserve the right to raise additional defenses.

Respectfully Submitted,

Luther Strange
Attorney General

Anne A. Hill (ADA054)
General Counsel

/s/ Katherine S. Jessip
Katherine S. Jessip (JES006)
Assistant Attorney General
JESSK1236

**ADDRESS OF COUNSEL:**
**Alabama Department of Corrections**
**Legal Division**
**301 Ripley Street**
**Post Office Box 301501**
**Montgomery, AL  36130-1501**
**334-353-4859**

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of April, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Carlton Frank
AIS #192218
Elmore Correctional Facility
3520 Marion Spillway Road
Elmore AL 36025

/s/ Katherine S. Jessip
Katherine S. Jessip (JES006)
Assistant Attorney General

4