IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLTON LYNELL FRANK, <br> #192 218 <br>     Plaintiff, <br>   <br> v. <br>   <br> OFFICER C. BASKIN, *et al.*, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:14-CV-64-MHT <br> ) <br> ) <br> ) <br> ) |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Plaintiff filed this 42 U.S.C. § 1983 action on January 27, 2014. When it came to the court's attention that Plaintiff is no longer housed at the Elmore Correctional Facility, which is the last known address the court has on file for Plaintiff, the court entered an order on October 26, 2015, granting him an opportunity to show cause why his complaint should not be dismissed for his failure to keep the court informed of his current service address. Doc. # 26. The October 26 order informed Plaintiff that all parties must tell this court of any change of address during the pendency of their actions and reminded him that he received notice of this requirement in the court's February 18, 2014, order of procedure. *See* Doc. # 5.

The October 26, 2015, order directed Plaintiff to provide the court with his present address by November 5, 2015. Doc. # 26. Plaintiff was cautioned that his failure to comply with the directive in the October 26 order would result in a recommendation this case be dismissed. *Id.* As of this date, Plaintiff has filed no response to the court's October 26, 2015, show cause order nor provided the court with a current service address. The undersigned, therefore, concludes this case is due to be dismissed.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge this case be DISMISSED without prejudice for Plaintiff's failures to comply with the orders of the court and to prosecute this action.

It is

ORDERED that **on or before June 21, 2016**, the parties may file objections. Any objections filed must specifically identify the factual findings and legal conclusions in the Magistrate Judge's Recommendation to which the parties object. Frivolous, conclusive or general objections will not be considered by the District Court.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar a party from a *de novo* determination by the District Court of factual findings and legal issues covered in the report and shall "waive the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions" except upon grounds of plain error if necessary in the interests of justice. 11th Cir. R. 3-1; *see Resolution Trust Co. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989).

DONE, on this the 7th day of June, 2016.

/s/ Susan Russ Walker
Susan Russ Walker
Chief United States Magistrate Judge