```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602050046
Cashier ID: estrong
Transaction Date: 07/18/2018
Payer Name: STATE OF ALABAMA ELMORE CF
----------------------------------------
PLRA CIVIL FILING FEE
 For: CARLTON LYNELL FRANK
 Case/Party: D-ALM-2-14-CV-000064-001
 Amount:         $0.40
----------------------------------------
CHECK
 Check/Money Order Num: 2332
 Amt Tendered:  $0.40
----------------------------------------
Total Due:      $0.40
Total Tendered: $0.40
Change Amt:     $0.00
```